MMONS, JULIUS #31[illegible]
DERAL MEDICAL CENTER
O. BOX 1600
BUTNER, NC 27509

UNITED STATES OF AMERICA
FOREVER/USA

UNITED STATES OF AMERICA
FOREVER/USA

UNITED STATES OF AMERICA
FOREVER/USA

Screened by USMS

CLERK OF COURTS
"CIVIL DIVISION"
801 N. FLORIDA AVE
TAMPA FL, 33602