UNITED STATES DISTRICT COURT

JUL 13 2026 PM2:50
FILED - USDC - FLMD - TPA

SIMMONS, JULIUS
(Plaintiff)

vs

"SEE ATTACH"
(Defendant)

Case No. 8:26-cv-2004-TPB-TGW

MOTION TO PROCEED IN FORMA PAUPERIS

I, plaintiff, JULIUS SIMMONS,

respectfully moves this Honorable Court for leave to proceed in this matter without payment of fees, costs, or security.

Attached hereto is an affidavit in support of my motion to proceed in forma pauperis.

Respectfully submitted,

Plaintiff __________

Address FEDERAL MEDICAL CENTER
P.O. BOX 1600 BUTNER,
NC 27509

Phone (N/A)

Date 7/8/2026

AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

INSTRUCTIONS: Complete all questions in this affidavit and then sign it. Do not leave any blanks. If the answer to a question is "0", "none", or "not applicable (NA)", write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

1. Are you presently employed? YES ____ NO ✓

(a) If the answer is "YES", state the amount of your gross salary or wages per month and give the name and address of your employer.

$ Ø per month

Employer (NONE)

(b) If the answer is "NO", state the date of last employment and the amount of the gross salary and wages per month which you received.

$ Ø per month

Employer (N/A)

2. Is your spouse presently employed? YES ____ NO ✓

If the answer is "YES", state the gross amount of his/her salary or wages per month and give the name and address of his/her employer.

$ Ø per month

Employer (N/A)

3. Have you or your spouse received within the past twelve (12) months any money from any of the following sources:

(a) Business, profession, or form of self-employment? YES ______ NO __✓__

(b) Rent payment, interest or dividends? YES ______ NO __✓__

(c) Pensions, annuities, or life insurance payment? YES ______ NO __✓__

(d) Gifts or inheritances? YES __✓__ NO ______

(e) Any other sources? YES ______ NO __✓__

If the answer to any of the above questions is "YES", describe each source of money and state the amount received from each during the last twelve (12) months and by whom.

May recieve $40 - 60 dollars from family semi-annually.

4. How much cash do you and your spouse have? $ 48.

5. List any money you or your spouse have in bank accounts or in any other financial institution and the name of the financial institution.

(N/A)

6. List the assets and the values which you or your spouse own. Do not list clothing and ordinary household furnishings.

Home Address ______

Value of Home ______

Motor Vehicle #1 Make, Year, Model Mercedes 2007 C230

Value of Motor Vehicle #1 $4000

Motor Vehicle #2 Make, Year, Model (N/A)

Value of Motor Vehicle #2 (N/A)

7. Do you or your spouse own any other real estate, stocks, bonds, notes, automobiles, or other valuable property not listed above (excluding ordinary household furnishings and clothing)?
YES ______ NO ✓

If the answer is "YES", describe the property and state its approximate value.

(NONE)

8. List the persons who are dependent upon you or your spouse for support, state your relationship to those persons, and indicate how much you contribute toward their support.

(NONE)

9. Do you expect any major changes to your spouse's monthly income or expenses or in your or your spouse's assets or liabilities during the next 12 months?
YES ______ NO ✓

If yes, describe below or on an attached sheet.

(NONE)

10. Estimate the average monthly expenses of you and your family. If different, list separately the amounts paid by your spouse.

Rent or home-mortgage payment (N/A)

Utilities (electricity, heating fuel, water, sewer, and phone) (N/A)

Home maintenance (repairs and upkeep) (N/A)

Food (N/A)

Clothing (N/A)

Laundry and dry-cleaning (N/A)

Medical and dental expenses (N/A)

Transportation (not including motor vehicle payments) (N/A)

Recreation, entertainment, newspapers, magazines, etc. (N/A)

Insurance (not deducted from wages or include in mortgage payments)

Homeowner's or renter's insurance (N/A)

Life insurance (N/A)

Health insurance (N/A)

Motor vehicle insurance (N/A)

Other insurance (N/A)

Taxes (not deducted from wages or included in mortgage payments) (N/A)

Installment payments

Motor vehicle (N/A)

Credit card (N/A)

Department store credit card (N/A)

Other installment payments (N/A)

Alimony, maintenance and support paid to others (N/A)

Regular expenses for operation of business, profession, or farm (attach a detailed statement) (N/A)

Other expenses (N/A)

11. Provide any other information that will help explain why you cannot pay the filing fees for your case.

HAVE NOT WORKED IN OVER 4 YEARS, AND I DO NOT HAVE ANY INCOME.

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the filing fees of my case. I believe that I am entitled to redress.. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.
(28 U.S.C. 1746, 18 U.S.C. 1621)

Signature of Applicant