MMONS, JULIUS #31
DERAL MEDICAL CENTER
O. BOX 1600
BUTNER, NC 27509




Screened by
USMS

CLERK OF COURTS
"CIVIL DIVISION"
801 N. FLORIDA AVE
TAMPA FL, 33602