TRULINCS 31800510 - SIMMONS, JULIUS - Unit: BUH-G-B

---

FROM: 31800510
TO:
SUBJECT: Citizens
DATE: 07/27/2026 07:30:32 PM

To whom this may concern;

The unalienable right to give evidence, and to have the full and equal benefit of all law and proceeding for the security of person and property as is enjoyed by white citizens has, and shall be subject to like punishment, pains, penalties, and against impairment under color of law has evaporated see 42 USC sec. 1981(a)(c). Also the right against cruel, inhuman, or degrading treatment pursuant to 42 USC sec. 2000(a). Nonetheless, anyone who obstruct justice, intimadate party witness, or deprive person (citizen), of rights or privedges violates 42 USC sec. 1985(2),(3). The following are facts supporting my allegations;

"EQUAL RIGHTS UNDER THE LAW"
(42 usc SEC. 1981(a)(c))

Come now, Defendant Julius Simmons was arrested June 15, 2022, and been held without bond in the Middle District of Florida for 43 months prior to a finding of incompetency on December 31, 2025. Today (7/27/2026), Defendant Julius Simmons is found to be competent (48 months pretrial detention). Defendant is charged with 18 USC 922(g)(1). Procedures following Defendant Julius Simmons arrest are obviously incorrect, and unprecedented. Wherefore, Defendant Julius Simmons cry that his ethnicity played and important role in this miscarrage of justice. A conviction in this manner is an clear denial of due process and thought to apply pressure to an individual which unfairly impair his capacity to make a rational choice. Human rights enforcement act of 2009 sec. 509 B(e), prohibit such misconduct.

"THE PUBLIC HEALTH AND WELFARE"
(42 USC sec. 2000 (a)(b))

A natural starting point for deterring a criminal sentence is consideration of the purpose of punishment. usually these purposes come from among the four classic justification for criminal punishment's sech as : retribution, deterrence, incapacitation, and rehabilitation. Therefore, judges incompetence, misconduct, and neglect of duty has cause Defendant Julius Simmons to receive a severe, unprecedent punishment that aggravates "cruel and unusual punishment" due to the nature of conduct, and its seeds, which in turn result in the conviction of an innocent person involuntariness and the influence to cause a false confession. The above forementions acts are unprecedented and a fraction of the same fatal constitutional infirmity as the death penalty, that "it treats defendant Julius Simmons non-human, as a object to be toyed with and discarded constituting a violation of 28 USC sec. 176 "see attach".

"CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS"

---

(42 USC sec. 1985 (2)(3))

Prior to jury selection (day of trial on or about February 5, 2024, the court intimadated Defendant Julius Simmons witness Lillian Simmons (postpone trial to schedule witness to speak with random attorney). This deprived Defendant Julius Simmons of Fifth, and sixth amendment right. Nevertheless, Government has knowledge of perjured testimony, as well as it materiality by Government witness Ofc(s) Brittany Hendrix. Therefore, the indictment must be set aside. Indeed, if it is established that the government knowingly permitted the introduction of false testimony a reversal of a guilty verdict is "virtually automatic". The perjured testimony will have affects on the judgement of the jury, due to the extraordinary nature in which the testimony will trigger. But for perjured testimony the Defendant Julius Simmons would likely not be convicted. This offends the "principals of justice so rooted in the tradition and conscience of our people as to be ranked fundamental". Out of respect for Defendant Julius Simmons Human right, concerns about future moral literacy of the justice system, or as a means of deterring future official abuse Defendant Julius Simmons prays for assistance in case controversy. If you can not provide assistance please refer me to someone who can. Respectfully Submitted

"Declaration"

I, Julius Simmons declare under penalty of perjury that the forgoing is true and correct.

Date: 7/7/2026

Signature: [signature]

SIMMONS, JULIUS 31800510
Name: Number:
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

GREENSBORO NC 270
PIEDMONT TRIAD AREA
29 JUL 2026 AM 5 L

Freedom 250
UNITED STATES OF AMERICA
FOREVER/USA

Screened by USMS

HON. JOHN BADALAMENTE
801 N. FLORIDA AVE
TAMPA FL, 33602

33602-382702